WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

Sherri A. Jayson
Partner
Manhattan Midtown
sjayson@gvlaw.com
212-683-7100

**MEMO ENDORSED**

July 19, 2026

**By ECF Only**
Hon. Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Ramirez-Taveras v. Leicar Trucking LLC et al.
Case No.: 1:26-cv-03658-ER

Dear Judge Ramos:

As you know, out firm represents the Kentucky entity E&L Logistics LLC ("E&L"). Following your Order dated July 6, 2026 (ECF Doc. No. 15), Roland Vitanza, counsel for the correct New Jersey E&L Logistics entity, promptly filed his Notice of Appearance and an Answer and Rule 7.1 on behalf of that entity. (ECF Doc. Nos. 16, 17 and 18).

As the correct defendant entity has now appeared in the action, I respectfully request that the Court issue an order dismissing and/or clarifying that all claims against the New Jersey E&L entity are dismissed and terminating my representation as counsel for E&L.

Respectfully,

Sherri A. Jayson

cc: By ECF Only
Stanislav Ladnik, Esq.
Raymond Law, Esq.
Roland Vitanza, Esq.

The request is denied at this juncture. The parties must stipulate to the dismissal of Kentucky E&L Logistics and to naming New Jersey E&L Logistics as a defendant.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 22, 2026
New York, New York